**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 19-CR-421-CJC-1 |
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION AFTER** |
| | ) **HEARING** |
| FREDERICK ANTHONY CURRY, | ) |
| Defendant. | ) **[Fed.R.Crim.P. 32.1(a)(6);** |
| | ) **18 U.S.C. 3143(a)]** |
| | ) |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's numerous failures to appear and the defendant's history of failures to appear;

and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue; criminal conduct continued while on supervised release; and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 6, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2